# Tirelli & Wallshein, LLP

| | |
|---|---|
| Westchester Financial Center | 115 Broad Hollow Road |
| 50 Main Street, Suite 405 | Suite 350 |
| White Plains, New York 10606 | Melville, NY 11747 |
| Phone (914)682-2064 | (631)824-6555 |

Linda M. Tirelli*
Charles H. Wallshein**

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Admitted NY, USDC EDNY
***Admitted NY, USDC EDNY, SDNY

June 1, 2017

Michael J. Macco, Esq.
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749

   **RE: Nick Kohilas**
   **Case No.: 17-70621**

Dear Mr. Macco:

Please be advised this office continues to represent Debtor, **Nick Kohilas**, regarding all matters pertaining to his pending Chapter 13 bankruptcy case.

As you should recall, the debtor was already examined on April 10, 2017. Due to the debtor's illness, he cannot attend to the adjourned 341 meeting on Monday, June 5, 2017. We request that any future 341 meetings be done telephonically, as the debtor is undergoing chemotherapy and simply cannot attend anymore conferences in the foreseeable future.

Thank you for your attention and anticipated cooperation in this matter. Please do not hesitate to contact me directly should you have any questions or concerns.

           Very truly yours,

           /s/ Linda M. Tirelli
           Linda M. Tirelli, Esq.
           Attorney for Debtor