**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

In re:                                                                    Chapter 13

                                                                          Case No. 17-70621

Nick Kohilas,


                                      Debtor(s).

------------------------------------------------------------------x


## <u>DEBTOR LOSS MITIGATION AFFIDAVIT</u>


STATE OF NEW YORK                          )
                                           )ss.:
COUNTY OF WESTCHESTER                       )


      I, Jenna Giorgi, being sworn, say:


      I am not a party to this action, am over 18 years of age and reside in Westchester, New York.

      On June 7, 2017, I served a true and completed copy of the documents requested upon the following party via email, Wendy Sinrilus, at the following address WSinrilus@rosicki.com; including the following documents:


☐      A copy of the Debtor's[1] two (2) most recent federal income tax returns;


☐      A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;


Or, if Debtor is self-employed:


☐      A copy of the Debtor's business' two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses for *[the months of]*;


☐      A copy of the mortgagee=s completed financial worksheet;


☐      Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,


☒      Other (please specify)


- Bank statements with deposits circled for February, March and April 2017;
- 2 most recent pay stubs for May 2017;
- Homeowner's insurance;

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

- Letter of explanation for all properties owned with the property address, monthly mortgage, taxes and insurance if not in the mortgage, homeowner's association dues, and rent;
- Letter of explanation for who owns 2 Howell Dr. listed on the Schedule E;
- Letter of explanation for Powershare and United States Oil Fund LP business listed on Schedule E;
- Profit and Loss statements for Pan Group LLC; and
- Non-borrower financial contribution form.

Dated: White Plains, New York
        June 7, 2017

                                        /s/ Jenna Giorgi
                                        Jenna Giorgi

Sworn before me on this
7 day for June 2017

/s/ Linda M. Tirelli
Linda M. Tirelli
Notary Public, State of New York
Registration #01TI6350197
Qualified in Rockland County
Commission Expires 11/7/2020