UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                      Case No.: **17-70621**

**NICK KOHILAS,**

                                   Chapter 13

                Debtor.

-------------------------------------------------------------x

## **DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

**COME NOW** the above-named Debtor, by and through his attorney of record, hereby voluntarily dismiss the above-captioned Chapter 13 proceeding without prejudice pursuant to 11 U.S.C. Section 1307(b). In support of this election, the Debtor shows unto the Court the following:

1.  This case was commenced by the filing of a voluntary Chapter 13 petition on February 3, 2017.

2.  This case has not been previously converted under Sections 706, 1112 or 1208 of the Bankruptcy Code.

Dated: White Plains, New York
          June 29, 2017

                                                          RESPECTFULLY SUBMITTED,

                                                          /s/ Linda M. Tirelli
                                                          Linda M. Tirelli, Esq
                                                          Tirelli & Wallshein, LLP
                                                          50 Main Street, Suite 405
                                                          White Plains NY 10606
                                                          Phone: (914)732-3222/Fax: (914)517-2696

Linda M. Tirelli, Esq.
Tirelli & Wallshein, LLP
*Attorneys for Debtor*
50 Main Street, Suite 405
White Plains, New York 10606
(914) 732-3222 / (914) 517-2696
ltirelli@tw-lawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re

                NICK KOHILAS,

                      Debtor
-----------------------------------------------------------x

Chapter 13
Case No. 17-70621 (REG)

## APPLICATION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY

1. On February 3, 2017, the Debtor, Nick Kohilas (the "Debtor") filed a bankruptcy under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtor was diagnosed with serious health issues and has decided that Chapter 13 is not in his best interest and the Debtor has instead decided to engage in efforts outside of bankruptcy to resolve his economic problems.

3. The Debtor has neither previously converted this case nor has it been previously dismissed.

4. At this time, the Debtor respectfully requests that based on the foregoing, an Order be granted to the Debtor for voluntary dismissal of the instant matter.

5.  The Debtor requests that the instant Chapter 13 petition be voluntarily dismissed pursuant to Section 1307(c) of the United States Bankruptcy Code and Rule 1017 of the Federal Rules of Bankruptcy Procedure and that both the 341(a) Meeting of the Creditors scheduled for June 29, 2017 and the Confirmation hearing scheduled for July 13, 2017 be marked off the Court's Calendar.

Dated: White Plains, New York
       June 29, 2017

                        Respectfully submitted,

                        Tirelli & Wallshein, LLP

                        By:    /s/ Linda M. Tirelli
                                Linda M. Tirelli, Esq.
                                Attorney for Debtor
                                50 Main Street, Suite 405
                                White Plains, New York 10606
                                (914) 732-3222 / (914) 517-2696
                                ltirelli@tw-lawgroup.com